[No. 32647-7-II. Division Two. December 28, 2005.]

THE STATE OF WASHINGTON, *Respondent,* v. KENNETH LLOYD GOBLE, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis County, No. 04-1-00660-5, David R. Draper, J., entered December 8, 2004. *Reversed* by unpublished opinion per Armstrong, J., concurred in by Houghton and Hunt, JJ. Now published at 131 Wn. App. 194.

[No. 32660-4-II. Division Two. December 28, 2005.]

THE STATE OF WASHINGTON, *Respondent,* v. RAY SAUNDERS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-01209-0, Sergio Armijo, J., entered December 10, 2004. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Van Deren, A.C.J., and Bridgewater, J.

[No. 32692-2-II. Division Two. December 28, 2005.]

DONALD CASAD ET AL., *Respondents,* v. DANIEL HUFF ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for Pierce County, No. 03-2-05642-7, Rosanne Buckner, J., entered December 20, 2004. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Van Deren, A.C.J., and Penoyar, J.